# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

In Replying Give Number
Of Case And Names of Parties

August 14, 2003

Clarence Maddox
Clerk, U.S. District Court
301 N. Miami Avenue
Miami FL 33128

RE: 02-11828-BB     USA v. Thomas Farese
DC DKT NO.: 96-06008 CR-ASG



FILED by ___ D.C.
RECORDS
AUG 1 9 2003
CLARENCE MADDOX
CLERK U S DIST CT
S D OF FLA MIAMI

The enclosed certified copy of the judgment and a copy of this court's opinion are hereby issued as the mandate of this court.

Also enclosed are the following:
    Original record on appeal or review, consisting of: eight volumes

The district court clerk is requested to acknowledge receipt on the copy of this letter enclosed to the clerk.

A copy of this letter and the judgment form, but not a copy of the court's opinion or Rule 36-1 decision, is also being mailed to counsel and pro se parties. A copy of the court's opinion or Rule 36-1 decision was previously mailed to counsel and pro se parties on the date it was issued.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: James Delaney (404) 335-6113

Encl.

3 brown binder of pleadings
3 brown binder of transcripts

994

MDT-1 (8-2002)

# United States Court of Appeals
For the Eleventh Circuit

No. 02-11828

District Court Docket No.
96-06008-CR-ASG

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT

JUN 10 2003

THOMAS K. KAHN
CLERK

UNITED STATES OF AMERICA,

    Plaintiff-Appellee,

versus

THOMAS FARESE,
a.k.a. Tom Mix,
a.k.a. Tommy,
a.k.a. Mr. T,

    Defendant-Appellant.

A True Copy - Attested:
Clerk, U.S. Court of Appeals
Eleventh Circuit

By: _____
Deputy Clerk
Atlanta, Georgia

No. 02-12740

District Court Docket No.
96-06008-CR-ASG

UNITED STATES OF AMERICA,

    Plaintiff-Appellee,
    Cross-Appellant,

versus

THOMAS FARESE,
a.k.a. Tom Mix,
a.k.a. Tommy,
a.k.a. Mr. T,

    Defendant-Appellant-
    Cross Appellee.

No. 02-12929

District Court Docket No.
96-06008-CR-ASG

UNITED STATES OF AMERICA,

        Plaintiff-Appellee-
        Cross-Appellant,

versus

FRANK DEROSA,
a.k.a. Old Man,

        Defendant-Appellant,
        Cross-Appellee.

-----------------------------------------------------------------

Appeals from the United States District Court
for the Southern District of Florida

-----------------------------------------------------------------

## JUDGMENT

It is hereby ordered, adjudged, and decreed that the attached opinion included herein by reference, is entered as the judgment of this Court.

ISSUED AS MANDATE
AUG 1 4 2003
U.S. COURT OF APPEALS
ATLANTA, GA.

Entered:   June 10, 2003
For the Court:   Thomas K. Kahn, Clerk
By:   Meoli, Anthony

[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT



FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
JUN 1 0 2003
THOMAS K. KAHN
CLERK

No. 02-11828

D. C. Docket No. 96-06008 CR-ASG

UNITED STATES OF AMERICA,

           Plaintiff-Appellee,

versus

THOMAS FARESE,
a.k.a. Tom Mix,
a.k.a. Tommy,
a.k.a. Mr. T.,

           Defendant-Appellant.

No. 02-12740

D.C. Docket No. 96-06008 CR-ASG

UNITED STATES OF AMERICA,

           Plaintiff-Appellee,
           Cross-Appellant.

versus

THOMAS FARESE,
a.k.a. Tom Mix

a.k.a. Tommy,
a.k.a. Mr. T.,

              Defendant-Appellant,
              Cross-Appellee.

---

No. 02-12929

D.C. Docket No. 96-06008 CR-ASG

UNITED STATES OF AMERICA,

              Plaintiff-Appellee,
              Cross-Appellant,

versus

FRANK DEROSA,
a.k.a. Old Man,

              Defendant-Appellant,
              Cross-Appellee.

Appeals from the United States District Court
for the Southern District of Florida

(June 10, 2003)

Before DUBINA, BLACK and HULL, Circuit Judges.

2

PER CURIAM:

This is the second time we have considered an appeal of these consolidated cases. On August 16, 2001, we vacated the defendants' sentences and remanded this case for resentencing. *See United States v. Farese*, 248 F.3d 1056 (11th Cir. 2001).

In the present appeal and cross-appeal, the parties present the following issues:

(1) Whether the district court properly found beyond a reasonable doubt that the defendants committed the crime of money laundering.

(2) Whether the defendants' resentencing is barred by the Double Jeopardy Clause of the Fifth Amendment.

(3) Whether the district court correctly reviewed the facts under the standard of evidence mandated by this court.

(4) Whether the defendants' argument that the government amended the indictment or created a fatal variance by proving that some of the funds were exchanged through banks was waived and, otherwise, is without merit.

(5) Whether the government violated the terms of the plea agreement.

(6) Whether the plea agreement should be vacated.

(7) Whether the district court properly ruled that the interstate commere

effect need only be minimal.

(8) Whether the district court did not err in ordering Farese's money laundering sentence be served consecutively to his sentence for violation of his parole.

(9) Whether the district court properly enhanced Farese's offense level because he was the leader and organizer of the conspiracy.

(10) Whether the district court properly imposed restrictions on Farese's supervised release term.

(11) Whether the district court erred by denying the government's request to enhance Farese's and DeRosa's offense levels pursuant to U.S.S.G. § 2S1.1(b)(2) because once the court determined beyond a reasonable doubt that a money laundering offense had occurred, all sentencing issues should be determined using the preponderance of the evidence standard.

After reviewing the record, reading the parties' briefs, and having the benefit of oral argument, we conclude there is no merit to any of the arguments made in the defendants' appeal and in the government's cross-appeal. Accordingly, we affirm the defendants' convictions and sentences.

**AFFIRMED.**

A True Copy Attested:
Clerk, U.S. Court of Appeals
Eleventh Circuit

By: _____
Deputy Clerk
Atlanta, Georgia